## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

DONYAEL HENRY,

     PLAINTIFF,

                                        *No.*

VS.

LT. KENDRICK JONES, Individually,

     DEFENDANT.

---

### DEFENDANT LT. KENDRICK JONES NOTICE OF REMOVAL

---

**COMES NOW** the Defendant, Kendrick Jones, by and through his counsel of record, pursuant to 28 U. S. C. § 1441 and § 1446, and hereby gives Notice of Removal of the above captioned cause of action to this Court and in support thereof, would state as follows:

1. On December 13, 2018, Plaintiff Donyael Henry filed his Second Amended Complaint against Defendant Lieutenant Kendrick Jones, Individually, in the Circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis. This action is currently pending in Division VII of the Circuit Court of Shelby County, Tennessee, under Docket Number CT-000619-15, and demands a trial by jury.

2. A copy of the Second Amended Complaint is attached and designated as Volume I, Exhibit I. Counsel for Defendant Jones has agreed to

1

accept service of Plaintiff's Second Amended Complaint. All other pleadings filed to date in Docket Number CT-000619-15 in the Circuit Court of Shelby County, Tennessee are attached as Volumes I & II. [1]

3.      Lieutenant Kendrick Jones is the only remaining Defendant in this cause of action and desires removal of this action to the United States District Court. **This cause of action was previously removed to the United States District Court and docketed under case number 2:15-CV-02641.**

4.      The instant case is a civil action over which this Court has original jurisdiction under 28 U. S. C. §1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U S. C §1441(a) in that there is a claim which arises under the Constitution of the United States. Plaintiff has alleged that Defendant Jones violated his rights under the First Amendment of the United States Constitution. Plaintiff's action is specifically predicated on 42 U. S. C. § 1983, and state court causes of action.

5.      To the extent that there are allegations contained in the Second Amended Complaint regarding state torts, including abuse of process, malicious prosecution, false arrest and negligent and intentional infliction of emotional distress, the intention of Defendant Jones is that the same are to be removed as well as the initial Complaint which was filed in this cause of action February 11, 2015 along with any other pleadings that relate to the original Complaint.

6.      Removal jurisdiction exists pursuant to 28 U. S. C. § 1441(b).

7.      This Notice of Removal is being filed within thirty (30) days after Defendants received service of the Second Amended Complaint by counsel for

---

[1] Discovery documents filed in the state court proceeding have not been included.

Defendant Lieutenant Kendrick Jones on December  2018.  The state court in which this action was commenced is within this Court's jurisdiction and division.

8.       Defendant has given notice to the clerk of the Circuit Court of Shelby County for the Thirtieth Judicial District at Memphis by filing Defendant's Notice of Removal with the Shelby County Circuit Court Clerk, and forwarded same to Plaintiff as of the date appearing below.

**WHEREFORE, PREMISES CONSIDERED,** Defendant Kendrick Jones gives notice that this action is hereby removed from the circuit Court of Shelby County, Tennessee for the Thirtieth Judicial District at Memphis to the United States District Court for the Western District of Tennessee.

RESPECTFULLY SUBMITTED,

ARCHIBALD & HALMON, P. C.

HARRIETT MILLER HALMON (BPR# 5320)
THOMAS R. BRANCH (BPR# 20658)
22 N. Front St, Suite 790
Memphis, Tennessee  38103
(901)525-3450
*Hhalmon@Archibaldandhalmon.com*
*Tbranch@Archibaldandhalmon.com*

3

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via U. S. Mail, postage prepaid to the following:

James E. King, Jr. Esq.
200 Jefferson St., Suite 1510
Memphis, Tennessee  38103

On this the 28th day of December, 2018.

## APPENDIX

**Volume I**

| | |
|---|---|
| Plaintiff's Second Amended Complaint | Exh I |
| Order Granting Motion for Leave to Amend Complaint | Exh II |
| Defendant Jones' Response In Opposition of Plaintiff's Motion for Leave to Amend Complaint | Exh III |
| Plaintiff's Motion for Leave to Amend Complaint | Exh IV |
| Plaintiff's Memorandum in Support of Motion for Leave to Amend Complaint | Exh V |
| Defendant Jones Reply to Plaintiff's Response in Opposition to Defendant's Renewed Motion to Dismiss and Motion for Summary Judgment | Exh VI |
| Plaintiff's Response in Opposition to Defendant's Renewed Motion to Dismiss and Motion for Summary Judgment | Exh VII |
| Statement of Undisputed Material Facts in Support of Defendant Jones Motion for Summary Judgment | Exh VIII |
| Defendant Jones' Renewed Motion to Dismiss and Motion for Summary Judgment | Exh IX |
| Defendant Jones' Answer to Second Amended Complaint | Exh X |

**Volume II**

| | |
|---|---|
| Order on Defendant Memphis Shelby County Airport Authority and Lieutenant Jones Motions for Summary Judgment | Exh XI |
| Second Supplemental Memorandum in Support of Renewed Motion to Dismiss of Defendant Memphis Shelby County Airport Authority | Exh XII |
| Plaintiff's Post Argument Brief in Opposition to Defendants' Renewed Motions to Dismiss | Exh XIII |

Defendant Jones' Supplemental Memorandum in Support of his

Motion to Dismiss Plaintiff's Second Amended Complaint    Exh XIV

Plaintiff's Response to Supplement to Memorandum In Support
    of Defendant's Renewed Motion to Dismiss    Exh XV

Supplement to Memorandum In Support of Renewed Motion to
    Dismiss of Defendant Memphis Shelby County
    Airport Authority    Exh XVI

Plaintiff Response in Opposition to Defendant's Motion to Dismiss    Exh XVII

Defendant Jones Motion to Dismiss Plaintiff's Second
    Amended Complaint    Exh XVIII

Defendant Jones Memorandum In Support of Motion to Dismiss
    Second Amended Complaint    Exh XIX

Renewed Motion to Dismiss of Defendant Memphis Shelby County
    Airport Authority    Exh XX

Memorandum In Support of Renewed Motion to Dismiss of
    Defendant Memphis Shelby County Airport Authority    Exh XXI

Plaintiff's Second Amended Complaint    Exh XXII

Order Granting Plaintiff's Motion for Leave to File Amended Complaint
    Order Denying Defendants' Motions to Dismiss as Moot/
    Order Declining to Exercise Supplemental Jurisdiction and
    Remanding Case to State Court    Exh XXIII

Notice of Filing Joint Notice of Removal    Exh XXIV

**Volume III**

Amended Complaint    Exh XXV

Plaintiff's Response In Opposition to Motion to Dismiss    Exh XXVI

Defendant's Motion to Dismiss or in the Alternative
    Motion for Summary Judgment or in the Alternative to
    Strike Jury Demand    Exh XXVII

Complaint    Exh XXVIII

6